UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORA VANVLIET

    Plaintiff,

-v-

LIBERTY HYUNDAI, INC., and
LIBERTY CHEVROLET, INC.

    Defendants.

Case No. 21-cv-11874
Judge: Shalina D. Kumar

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY'S FEES AS TO ALL DEFENDANTS

This matter having come on through the Stipulation of the parties and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that any and all claims that have been pleaded or could have been pleaded as part of the Complaint are dismissed with prejudice and without costs or attorney's fees as to Plaintiff and all Defendants.

**IT IS FURTHER ORDERED** that this Order resolves all pending claims pleaded in the above captioned matter between Plaintiff and all Defendants and closes the case in its entirety between all of the parties.

Date: July 18, 2023

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

**Dated: July 18, 2023**

**APPROVED AS TO FORM AND CONTENT
NOTICE OF ENTRY WAIVED**

| BATEY LAW FIRM, P.L.L.C. | COLOMBO & COLOMBO, P.C. |
|---|---|
| */s/ Scott P. Batey (w/permission)*  <br>Scott P. Batey (P54711)  <br>Attorney for Plaintiff | */s/ Nicholas J. Ranke*  <br>Nicholas J. Ranke (P77908)  <br>Attorney for Defendants |

2